[No. 57848-1-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN DENNIS BAKKER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00360-1, Michael E. Rickert, J., entered February 10, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 57853-7-I.   Division One.   July 30, 2007.]

JACK CHANDLER, *Appellant*, v. THE OFFICE OF THE INSURANCE COMMISSIONER, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-11206-9, Ronald L. Castleberry, J., entered February 15, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox and Ellington, JJ. Now published at 141 Wn. App. 639.

[No. 57871-5-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN MONTRAE GOODEN IV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08448-7, Douglas D. McBroom, J., entered February 21, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57951-7-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY PATRICK DILLON III, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-01683-8, Steven J. Mura, J., entered March 23, 2006. *Affirmed* by unpublished per curiam opinion.